In the Matter of the Probate of the Will of Mary Gibney, Deceased. Title Guarantee and Trust Company, as Executor, Respondent; William Gibney et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 836.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

In the Matter of Anthony B. Manzella, an Attorney, Respondent. Brooklyn Bar Association, Petitioner.— Motions in disciplinary proceedings to confirm the report and supplemental report of Honorable Charles J. Dodd, Official Referee, recommending that respondent be disbarred. Motions to confirm reports of the Official Referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. [See 266 App. Div. 733, 1010, 1014.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

Christina LeRoy, as Limited Administratrix of the Estate of John LeRoy, Deceased, Appellant, v. Ruth G. Tremper et al., as Executors of Harold O. Tremper, Deceased, et al., Respondents, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 387.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

Mount Vernon Trust Company, Appellant, v. Federal Reserve Bank of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 882.] Present — Close, P. J., Carswell, Adel and Lewis, JJ.; Aldrich, J., not voting.

The People of the State of New York ex rel. Lawrence Investing Company, Appellant, against Frank C. Bowers et al., Constituting the Board of Review of the Town of Eastchester, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 839.] Present — Close, P. J., Carswell, Adel and Lewis, JJ.; Aldrich, J., not voting.

Joseph Shichman, Appellant, v. Commercial Travelers Mutual Accident Association of America, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 389.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

Edmund Tonry, an Infant, by Eugene Tonry, His Guardian ad Litem, et al., Respondents, v. Frank De Paolo et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. To the extent of the policy coverage provided herein, pursuant to section 568-a of the Civil Practice Act, a stay is granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See *ante*, p. 877.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

Ernest F. W. Wildermuth, Appellant, v. John M. Keating, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 878.] Present — Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ.

Sam Freeman, Respondent, v. Charles Stoloff, Individually and as Secretary-Treasurer of District Council No. 18 of the Brotherhood of Painters, Decorators and Paperhangers of America, et al., Appellants.— Action to restrain the enforcement of a penalty imposed upon plaintiff, after trial by a labor organization of which he is a member. Order denying defendants' motion to dismiss the complaint for insufficiency, or, in the alternative, to strike portions therefrom, modified by striking therefrom the words " denied in all respects " and inserting the following in place thereof: " granted to the extent of striking out paragraphs ' Twenty-fourth ' and ' Twenty-fifth ' ". As thus modified, the order is affirmed, without costs. No opinion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur.